

**MISHELL B. KNEELAND | PARTNER**

Licensed in New York, New Jersey, and Texas
Direct: 512-910-5463
mkneeland@cm.law

July 1, 2025

*Via ECF*

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street, Room 2260
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/1/2025
```

**MEMORANDUM ENDORSED**

Re:   *Felipe Fernandez v. ScanPan USA, Inc.*, No. 1:25-cv-01849 (GHW), in the United States District Court for the Southern District of New York
***Request to Adjourn Pre-Motion Conference***

Dear Judge Woods,

This firm represents defendant ScanPan USA, Inc. ("ScanPan").

I write to request an adjournment of the pre-motion conference which is scheduled for July 9, 2025 at 4:00 PM [Doc. #15] with respect to Defendant's contemplated motion to dismiss. This is first request for such an adjournment. The reason for the requested adjournment is that I am scheduled to be on holiday, flying to Southern California on July 4, 2025, and returning on July 13, 2025. Counsel for Plaintiff, Ramil Salim, has consented to the adjournment, and we request that it be scheduled during the weeks of July 14, 21, or 28, but not July 14, as I have a conflict that day. The adjournment will not affect any other scheduled dates.

I appreciate the Court's attention to this matter.

Respectfully submitted,

*/s/ Mishell B. Kneeland*

Mishell B. Kneeland

Cc (via ECF):
Rami Salim, Esq.
STEIN SAKS PLLC
rsalim@steinsakslegal.com
One University Plaza, Suite 620
Hackensack, NJ 07601
*Attorneys for Plaintiff Felipe Fernandez*

Application granted. The conference scheduled for July 9, 2025 is adjourned to July 16, 2025 at 2:00 p.m. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 17.

SO ORDERED.

Dated: July 1, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge

Atlanta | Austin | Birmingham | Boston | Chicago | Dallas | Denver | Houston | Los Angeles | Minneapolis | New Jersey
New York | Philadelphia | Washington, DC

**CM Law National Litigation Support Center | 13101 Preston Road, Suite 110-1510 | Dallas, Texas | 75240**