**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
FELIPE FERNANDEZ,

                        Plaintiff,

      -against-                                               25 **CIVIL** 1849 (GHW)

                                                       **<u>JUDGMENT</u>**

SCANPAN USA, INC.,

                      Defendant.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated September 29, 2025, Defendant's motion to dismiss is GRANTED. Plaintiff's ADA claim is dismissed with prejudice. Plaintiff's NYCHRL claim is dismissed without Prejudice; accordingly, the case is closed.

**Dated:** New York, New York
           September 30, 2025

                                                             **TAMMI M. HELLWIG**
                                                                 **Clerk of Court**

                                    **BY:**
                                                                 **Deputy Clerk**